**LAWRENCE C. HERSH**
Attorney at Law
17 Sylvan Street, Suite 102B
Rutherford, NJ  07070
(201) 507-6300
*Attorney for Plaintiff, and all others similarly situated*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

ANTHONY DEROSA, on behalf of himself and all others similarly situated,

    Plaintiff,

vs.

DL THOMPSON LAW, PC,

    Defendant.

Civil Action No.  3:20-cv-12107-MAS-LHG

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

---

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice against all defendants, and dismisses the claims on behalf of the putative class without prejudice.

Dated:  February 2, 2021

Respectfully submitted,

By: s/ Lawrence C. Hersh
    Lawrence C. Hersh, Esq.
    *Attorney for Plaintiff*

So Ordered this 9th day of February, 2021.

_____
**Honorable Michael A. Shipp, U.S.D.J.**